IN THE UNITED STATES DISTRCIT
FOR THE DISTRICT OF SOUTH CAROLINA

BETWEEN

ANGEL SHEREE' TENNYSON

A.R. ▆▆▆▆▆▆▆ (DISABLED MINOR)          PLANTIFF(S),

AND

V.

JULIE ANN ALVIN FOR MIRCI INC

JAMECIA SMITH MIRCI INC                 DEFENDANT(S)

TENNYSON, ANGEL SHEREE'

███ A.R. (AUTISTIC MINOR)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

ALVIN, JULIE ANN FOR MIRCI, INC.

SMITH, JAMECIA

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED
USDC CLERK, COLUMBIA, SC
2021 JAN -6  AM 11: 34

I. **The Parties to This Complaint A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address
City and County
State and Zip Code
Telephone Number

> ANGEL SHEREE' TENNYSON
> 1212 METZE RD APT 29H
> COLUMBIA   RICHLAND
> S. CAROLINA 29210
> (737)-781-8066

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number

> ALVIN, JULIE ANN
> PRESIDENT OF MIRCI, INC
> 1408 GREGG STREET
> COLUMBIA RICHLAND
> S. COLUMBIA  29210
> (803)786-1844

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number

> SMITH, JAMECIA
> COC HOUSING  MANAGER
> 1408 GREGG STREET
> COLUMBIA  RICHLAND
> S. CAROLINA 29210
> (803)786-1844

Defendant No. 3

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code

2

|                        |   |
|------------------------|---|
| Job or Title (if known) |   |
| Street Address         |   |
| City and County        |   |
| State and Zip Code     |   |
| Telephone Number       |   |

Defendant No. 4

|                        |   |
|------------------------|---|
| Name                   |   |
| Job or Title (if known) |   |
| Street Address         |   |
| City and County        |   |
| State and Zip Code     |   |
| Telephone Number       |   |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒  Federal question                 ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_____

_____

_____

_____

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages:

_____

_____

_____

_____

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where caserelated papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: DEC 28   2020

Signature of Plaintiff  *Angl Sheree Ty*
Printed Name of Plaintiff  *Angel Sheree Tennyson*

**B.   For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

6